**UNITED STATES of America, Plaintiff–Appellee,**

v.

**George McBRIDE, a/k/a Benzo, Defendant–Appellant.**

No. 01–4664.

United States Court of Appeals, Fourth Circuit.

Submitted July 29, 2002.

Decided Aug. 7, 2002.

D. Garrison Hill, Hill & Hill, L.L.C., Greenville, South Carolina, for Appellant. Robert J. Conrad, Jr., United States At-

torney, Thomas R. Ascik, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before WILLIAMS and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

## OPINION

PER CURIAM:

George McBride appeals his conviction and life sentence for conspiracy to possess with intent to distribute at least five kilograms of cocaine, in violation of 18 U.S.C. § 846 (2000). We affirm.

McBride contends the district court improperly sentenced him as a career offender. We review the district court's decision to apply the career offender guideline de novo. *United States v. Williams,* 29 F.3d 172, 173 (4th Cir.1994). A defendant is a career offender if: (1) he is at least eighteen years old when the instant offense was committed; (2) the instant offense is a felony and is either a crime of violence or a drug offense; and (3) he has at least two prior felony convictions for crimes of violence or drug offenses. *U.S. Sentencing Guidelines Manual* § 4B1.1 (1998). The district court properly determined McBride has two prior felony convictions for crimes of violence. *See* USSG § 4B1.2, comment (n. 1). Therefore, we find McBride was properly sentenced as a career offender.

Accordingly, we affirm McBride's conviction and sentence. We deny McBride's motion to file an informal supplemental brief.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* We note that the issue McBride seeks to assert under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is meritless.